FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN CORBETT,<br><br>                    Plaintiff,<br><br>    v.<br><br>G. STEVEN HAMMOND and<br>STEVE SINCLAIR,<br><br>                   Defendants. | NO: 4:18-CV-5003-RMP<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE |

BEFORE THE COURT is the parties' stipulated Motion to Dismiss, ECF No.

55. Having reviewed the motion and the record, the Court finds good cause to grant

dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' stipulated Motion to Dismiss, **ECF No. 55**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or

    costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2    Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

3    **close this case**.

4        **DATED** September 17, 2019.

5

6                                        _s/ Rosanna Malouf Peterson_
                                          ROSANNA MALOUF PETERSON
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21